**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      )<br>                         Plaintiff, )<br>                                 )<br>vs.                              )<br>                                 )<br>LOUIS VARADY                     )<br>                         Defendant. )<br>_____) | 06-04082MP-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court on April 18, 2007 with counsel and admitted to violating all allegations as contained in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

    IT IS ORDERED reinstating the defendant on probation on each citation subject to the previously ordered conditions. In addition, the following conditions are imposed:

    1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. Defendant shall provided written verification signed by the director or supervisor o the program within 90 days of release from custody or as directed by the supervising probation officer.

    2. You shall not consume or possess any alcohol during the term of probation.

3. You shall participate as instructed by the probation officer in an anger management program. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

4. You shall be banned within a 20 mile radius of the Grand Canyon National Park during the term of supervised probation.

5. You shall not possess a firearm, ammunition, destructive device, or other dangerous weapon.

6. You shall pay the originally ordered monetary penalties as ordered by the Court, with credit for monies paid to date.

IT IS FURTHER ORDERED THAT the probationary term on each citation shall run concurrently and be extended two years from this date.

DATED this 2nd day of May, 2007.

_____
Mark E. Aspey
United States Magistrate Judge